62 A.3d 728

**Bobbi Jo and Billy G. HUNT, Sr.**

v.

**ABERDEEN PROVING GROUND FEDERAL CREDIT UNION.**

No. 67, Sept. Term, 2012.

Court of Appeals of Maryland.

March 12, 2013.

E. Ellis Rollins, (Rollins Law group, Elkton, MD), on brief, for Petitioner.

Dennis W. King, (Danoff & King, P.A., Towson, MD), on brief, for Respondent.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and McDONALD, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 12th day of March, 2013,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.